

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| FIRST FINANCIAL INVESTMENT | § | |
| FUND HOLDINGS LLC D/B/A FIRST | | No. 08-14-00097-CV |
| FINANCIAL INVESTMENT FUND II, | § | |
| LLC, FIRST FINANCIAL ASSET | | Appeal from the |
| MANAGEMENT, INC., AND | § | |
| RECEIVABLES PERFORMANCE | | 17th District Court |
| MANAGEMENT, LLC, | § | |
| | | of Tarrant County, Texas |
| Appellants, | § | |
| | | (TC# 017-252995-11) |
| v. | § | |
| | | |
| ANNA MAE BERRY, AS PERSONAL | § | |
| REPRESENTATIVE FOR THE | | |
| ESTATE OF PARKER T. BERRY, | § | |
| | | |
| Appellee. | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution because the clerk's record has not been filed. On April 11, 2014, we notified Appellants that the trial court clerk responsible for preparing the record in this appeal informed the Court that payment arrangements had not been made to pay for the clerk's record as required by Texas Rule of Appellate Procedure 35.3(a)(2). *See* TEX.R.APP.P. 35.3(a)(2). The notice stated that we would dismiss the appeal for want of prosecution unless Appellants, within ten days, showed grounds for continuing the appeal. Appellants have not

responded to the notice and the clerk's record has not been filed.  Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX.R.APP.P. 37.3(b), 42.3(b).

Appellants shall pay all costs of the appeal, for which let execution issue.


GUADALUPE RIVERA, Justice

May 23, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.